# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ANDY LLOYD HUEBSCHMANN** | **ARRAIGNMENT & PLEA HEARING** <br><br> Case No. 19-CR-119 |

HONORABLE WILLIAM C. GRIESBACH, presiding  Time Called: 9:00 a.m.
Proceeding Held: August 5, 2019  Time Concluded: 9:23 a.m.
Deputy Clerk: Cheryl  Tape: 080519

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel Humble for Rebecca L. Taibleson |
| ANDY LLOYD HUEBSCHMANN in person and by: | Michael J. Steinle |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: | ☐ Interpreter Sworn |

☐ Original Indictment  ☐ Superseding Indictment  ☒ Information  ☒ Felony  ☐ Misdemeanor

☒ Copy of indictment received by defendant
  ☐ indictment read; or ☒ reading waived

☒ Defendant advised of maximum penalties:
  20y, $1 million, 3y SR, $100 SA

The Court advises the defendant of his right to prosecution by indictment. The defendant executes the waiver of indictment. The Court accepts the waiver of an indictment.

☒ Defense counsel advises that defendant wishes to enter a plea of guilty
☒ Plea agreement filed
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
☒ Defendant sworn
☒ Defendant advised that false statements made under oath may result in prosecution for perjury
☒ Court questions defendant as to background, education, medical history, drug usage

☒ Court advises defendant as to:
  ☒ Elements of the offense
  ☒ Maximum penalties
  ☐ Mandatory minimum sentence
  ☐ Forfeiture provision
  ☒ Sentencing guidelines
  ☒ Right to a jury trial
  ☒ Waiver of appeal rights
☒ Government provides factual basis as set forth in plea agreement

☒ GUILTY plea entered to Count(s) 1 of the ☒ information

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  ☒ Defendant adjudged guilty

- ☒ CHARGE: 22 U.S.C. § 2778(b)(2) and 2778(c) and 22 CFR § 121.1, 123.1, and 127.1  Illegal Export of Defense Articles
- ☒ PSR ordered
- ☒ Sentencing set for: November 4 at 1:30 p.m.

- ☒ Defendant released on:  ☒ O/R bond;  ☐ Cash bond;  ☐ Property bond;  ☒ with conditions. SEE Order Setting Conditions of Release.
- ☐ Defendant is ordered detained pending sentencing.  SEE Order of Detention Pending Sentencing.
- ☐ Court orders federal detainer.
- ☐ Defendant is ordered temporarily detained.  Detention hearing set for:
- ☐ Bond continued; or ☐ Detention continued as previously set